# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LISA LEE, et al.,

    Plaintiffs,

v.

THE CITY OF COLUMBUS, OHIO, et al.,

    Defendants.

Case No. 2:07-cv-1230
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## OPINION AND ORDER

This matter is before the Court on Plaintiff Teresa Ruby's Motion *In Limine* Regarding Admissibility of Evidence of Events Occurring Before December 4, 2005 ("Ruby's First Motion *in Limine*") (Doc. # 294), Defendant City's Response in Opposition to Ruby's First Motion *in Limine* (Doc. # 297), Plaintiff Teresa Ruby's Motion *In Limine* Regarding the Admissibility of Evidence as to the City's Retaliation, Enforcement of the Directive, Drs. Clary and Fathman, and Officer John Sprague ("Ruby's Second Motion *in Limine*"), (Doc. # 295), and the City's Response in Opposition to Ruby's Second Motion *in Limine* (Doc. # 298).

Both of Ruby's motions are re-filings of documents she previously filed with this Court. (Docs. # 245, 260.) Defendant also previously filed responses in opposition to those motions (Docs. # 246, 273) and this Court issued decisions on the motions (Docs. # 251, 281). Although the Court recognizes that Defendant refined its arguments in its memoranda in opposition currently filed, the Court is unconvinced that its previous decisions on the motions *in limine* should be altered in any way. Accordingly, the Court incorporates in their entirety the previous decisions and for the same reasons articulated therein, the Court **GRANTS** Ruby's First Motion

*in Limine* (Doc. # 294) and **GRANTS** in part and **DENIES** in part Ruby's Second Motion *in Limine* (Doc. # 295).

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE